[No. 11824–6–II.  Division Two.  November 14, 1989.]

*In the Matter of the Marriage of* BARBARA
McLAUGHLIN, *Respondent, and* DOUGLAS
W. McLAUGHLIN, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis
County, No. 86–3–00434–5, David R. Draper, J., entered
February 26, 1988. *Affirmed* by unpublished opinion per
Reed, J., concurred in by Alexander, C.J., and Worswick, J.

[No. 7807–8–III.  Division Three.  November 14, 1989.]

STEPHEN PETER FORSYTH, ET AL, *Respondents,* v. THE
UNITED STATES NATIONAL BANK OF OREGON,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 84–2–00630–1, William J. Grant, J.,
entered April 7, 1986. *Reversed* by unpublished opinion per
Green, J., concurred in by Munson, A.C.J., and Shields, J.

The unpublished opinion in this cause, which was filed
on July 27, 1989, is *withdrawn* by order dated November
14, 1989.

[No. 12374–6–II.  Division Two.  November 15, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. VICTOR
D. BLACK, *Appellant.*

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 88–1–00121–2, Paula Casey, J., entered
October 7, 1988. *Affirmed* by unpublished opinion per
Petrie, J. Pro Tem., concurred in by Alexander, C.J., and
Reed, J.